UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME MENDELL HAILEY #575198,  )
                    Plaintiff,  )
                                )       No. 1:20-cv-1248
v.                              )
                                )       Honorable Paul L. Maloney
LARRY CIEPLY, *et al.*,         )
                    Defendants. )
                                )

## ORDER ADOPTING REPORT & RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Larry Cieply and Jacquelyn Williams filed a motion for summary judgment (ECF No. 20). The matter was referred to Magistrate Judge Ray Kent, who issued a Report and Recommendation on October 14, 2022, recommending that this Court grant Defendants' motion and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation (ECF No. 40) as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 20) is **GRANTED**.

Judgment to follow.

**IT IS SO ORDERED.**

Date:  November 16, 2022                    /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge