UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEROME MENDELL HAILEY #575198,  )<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LARRY CIEPLY, *et al.*,  )<br>Defendants.  )<br>) | No. 1:20-cv-1248<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 16, 2022                    /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge